SCOTT N. SCHOOLS (SC9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br> v. <br><br> $24,970 IN UNITED STATES CURRENCY, <br><br>     Defendant. <br><br> DAVID SMITH, <br><br>     Claimant. | No. C 06-5034 JSW <br><br> STIPULATION AND ORDER AUTHORIZING THE ENTRY OF A DEFAULT JUDGMENT |

    Subject to the Court's approval, the United States and Claimant David Smith, through their undersigned counsel, agree as follows:

    1.    Claimant Smith is the only person to have filed a claim and answer in this action and no person filed a timely claim in this action after publication of notice of this action in a newspaper of general circulation on August 31, September 7 and September 14, 2006. *See* Proof of Publication, filed October 25, 2006.

2. After full consideration of his options and discussing them with his attorney, Robert Crowe, claimant David Smith agrees to withdraw the claim and answer which he filed in this action on September 22, 2006.

3. Claimant Smith further agrees that the Court can enter a default judgment and dismiss this action without further notice to him, and that the Court can enter the proposed default judgment of the United States.

IT IS SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

Dated: February 20, 2007

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney

LAW OFFICES OF ROBERT K. CROWE

Dated: February 20, 2007

*/s/ Robert K. Crowe*
ROBERT K. CROWE
Attorney for David Smith

Dated: February 20, 2007

*/s/ David Smith by RKC*
DAVID SMITH
Claimant

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 22 DAY OF FEBRUARY, 2007.

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Judge

Stip and Order for Entry
Of Default Judgment
No. C 06-5034 JSW                                    2