SCOTT N. SCHOOLS (SC9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone:  415.436.6857
   Facsimile:   415.436.6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>     v.<br><br>$24,970 IN UNITED<br>STATES CURRENCY,<br>            Defendant.<br><br>DAVID SMITH,<br>            Claimant. | No. C 06-5034 JSW<br><br><br>DEFAULT JUDGMENT |

      **UPON CONSIDERATION** of the stipulation of the United States and claimant David Smith which the Court entered as an Order on <u>   February 22,   </u>, 2007, and based on the findings that (1) the United States provided proper notice to parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) that the only person to have filed a claim and answer was David Smith, (3) that Mr. Smith no longer wishes to appear and defend the above captioned defendant, and (4) that Mr. Smith stipulated that the Court can enter

1 a default judgment without further notice to him, it is by the Court on this  22  day of
2  February , 2007,
3     ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is
4 entered for the United States against defendant $24,970 in United States Currency; and it is
5     FURTHER ORDERED that defendant $24,970 be, and hereby, is condemned and
6 forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), and that all right, title and
7 interest in defendant be and hereby is vested in the United States of America; and it is
8     FURTHER ORDERED that the United States Marshals Service shall dispose of the
9 forfeited defendant property according to law.

*[Signature: Jeffrey S. White]*

HONORABLE JEFFREY S. WHITE
United States District Judge

Default Judgment
No. C 06-5034 JSW         2